**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL PROCHASKA,**

          **Plaintiff,**

**-vs-**                                            **Case No. 6:06-cv-605-Orl-31JGG**

**DAYTONA OCEAN SANDS, LLC,**

          **Defendant.**

_____

## ORDER

Upon consideration of the Joint Motion Requesting Approval of Settlement Agreement and Dismissal of Counts I and II of Plaintiff's Amended Complaint (Doc. 11), it is

**ORDERED** that the Motion is GRANTED. The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel. Therefore, the Settlement Agreement is approved and Counts I and II of Plaintiff's Amended Complaint are dismissed. Count III of Plaintiff's Amended Complaint remains pending.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 17, 2006.

                                                                GREGORY A. PRESNELL
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party