# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL PROCHASKA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-605-Orl-31JGG**

**DAYTONA OCEAN SANDS, LLC,**

        **Defendant.**

_____

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. 25), it is

**ORDERED** that the Motion is GRANTED. The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel. Therefore, the Settlement Agreement is approved and the case is dismissed with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 5, 2006.

GREGORY A. PRESNELL<br>UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party